No. 794. Perkins, Trading as Perkins Battery Co., v. Pennsylvania. January 5, 1942. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. § 1606 (a) of the Internal Revenue Code as amended, 53 Stat. 1391; *Kentucky Whip & Collar Co.* v. *Illinois Central Railroad Co.,* 299 U. S. 334. *Mr. Samuel Kagle* for

appellant. *Mr. Claude T. Reno,* Attorney General of Pennsylvania, for appellee.